

# COURT OF APPEALS

SANDEE BRYAN MARION
  CHIEF JUSTICE

KAREN ANGELINI
MARIALYNN BARNARD
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA CHAPA
JASON PULLIAM
  JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.4THCOA.COURTS.STATE.TX.US

KEITH E. HOTTLE,
CLERK

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

December 16, 2015

Eloy R. Garcia
District Clerk – Starr County
Starr County Courthouse, Rm 304
Rio Grande City, TX 78582

> Re: Cause No. 04-13-00887-CV
> Trial Court No. DC-11-423
> Aurora A. Rodriguez, et al.
> v. Ventura Hernandez

Greetings:

Please find enclosed one volume containing exhibits filed in this Court in reference to the above styled and numbered cause.

Please acknowledge receipt of the exhibits at the bottom of the copy of this letter and return same to this office for our records.

Very truly yours,

KEITH E. HOTTLE, CLERK

Cynthia A. Martinez, Deputy

KEH/CAM
ENCL

----------------------------------------------------------------------------------------------------------------------

I hereby acknowledge receipt of one volume containing exhibits filed in the above styled and numbered cause and being returned to the Office of the District Clerk of Starr County, Texas on _____.

RECEIVED BY_____.
                NAME                          TITLE